# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:02-CR-146** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **FRANKLIN C. BROWN** | : | |

## O R D E R

AND NOW, this 12th day of July, 2012, upon consideration of defendant's motion to schedule reply brief and to exceed page limitation (Doc. 1004), it is hereby ORDERED that said motion is GRANTED. Defendant's reply to the government's response to defendant's motion to vacate is due on or before August 13, 2012, and shall not exceed 35 pages in length.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge